# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1092
_____

ALLISHA FUDGE,

    Appellant,

v.

RATH/HARPER & ASSOCIATES,
INC.,

    Appellee.

_____

On appeal from the County Court for Alachua County.
Kristine Van Vorst, Judge.

February 14, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, BILBREY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kevin S. Rabin and Richard S. Hatch of Three Rivers Legal Services, Inc., Gainesville, for Appellant.

David E. Williamson, Gainesville, for Appellee.